# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RANDI ALEXANDER, *et al.*,

    Plaintiffs,

vs.

KATHRYN FALK, *et al.*,

    Defendants.

Case No. 2:16-cv-02268-MMD-GWF

**ORDER**

This matter is before the Court on Plaintiffs' Supplement to their Reply to Defendants' Response in Opposition to Motion for Leave to Proceed in Pseudonym (ECF No. 63), filed on August 28, 2017.

Local Rule 7-2(g) states as follows:

> Supplementation prohibited without leave of court. A party may not file supplemental pleadings, briefs, authorities, or evidence without leave of court granted for good cause. The judge may strike supplemental filings made without leave of court.

Plaintiffs filed a supplement to their Motion to Proceed in Pseudonym without leave of court granted for good cause. The Court, therefore, strikes Plaintiffs' supplement. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall strike Plaintiffs' Supplement to their Reply to Defendants' Response in Opposition to Motion for Leave to Proceed in Pseudonym (ECF No. 63) from the docket.

DATED this 30th day of August, 2017.

GEORGE FOLEY, JR.
United States Magistrate Judge