# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RANDI ALEXANDER, *et al.*,  )
              Plaintiffs,  ) Case No. 2:16-cv-02268-MMD-GWF
                )
vs.  ) **ORDER**
                )
KATHRYN FALK, *et al.*,  )
              Defendants.  )

This matter is before the Court on the parties' Stipulation and Order to Extend Discovery (ECF No. 67), filed on December 15, 2017.

The parties request a 6 month extension of discovery. The Court denies the parties' request for a 6 month extension of discovery at this time. The Court will, however, grant a 60 day extension of discovery and sets this matter for a status conference at **1:30 p.m. on January 8, 2018.** Accordingly,

**IT IS HEREBY ORDERED** that the parties' Stipulation and Order to Extend Discovery (ECF No. 67) is **denied**.

**IT IS FURTHER ORDERED** that the following discovery plan and scheduling order dates shall apply:

    1.    Last date to complete discovery: **May 4, 2018**
    2.    Last date to file interim status report: **March 6, 2018**
    3.    Last date to disclose experts: **March 6, 2018**
    4.    Last date to disclose rebuttal experts: **April 5, 2018**
    5.    Last date to file dispositive motions: **June 5, 2018**

. . .

6. Last date to file joint pretrial order: **July 6, 2018**.  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

**IT IS FURTHER ORDERED** that this matter is set for a status conference on Monday, **January 8, 2018 at 1:30 p.m.** before Magistrate Judge George Foley, Jr. in Courtroom 3A.

DATED this 18th day of December, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge