**R. DUANE FRIZELL, ESQ.**
Nevada Bar No. 9807
**FRIZELL LAW FIRM**
400 N. Stephanie St., Suite 265
Henderson, Nevada 89014
Office (702) 357-6000
Fax (702) 657-0065
DFrizell@FrizellLaw.com

*— and —*

**TODD G. COLE, ESQ.**
Tennessee Bar No. 31078
(*Admitted Pro Hac Vice*)
**COLE LAW GROUP, P.C.**
750 Old Hickory Blvd.
Building Two, Suite 202
Brentwood, TN 37027
Office (615) 490-6020
Fax (615) 942-5914
tcole@colelawgrouppc.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RANDI ALEXANDER, an Individual; and JACKSON YOUNG, an Individual,<br><br>　　　　Plaintiffs,<br>　vs.<br><br>KATHRYN FALK, an Individual; ROMANTIC TIMES INC. d/b/a ROMANTIC TIMES MAGAZINE, a New York Corporation; JANE DOE a/k/a "GRACIE WILSON," an Individual; DOE DEFENDANTS 1 through 100; and ROE ENTITIES 1 through 100,<br><br>　　　　Defendants. | CASE NO:　　2:16-cv-02268-MMD-GWF |

**STIPULATION AND ORDER FOR ONE-DAY EXTENSION OF DEADLINE FOR OPPOSITION TO MOTION**
**(FIRST REQUEST)**

Plaintiffs RANDI ALEXANDER and JACKSON YOUNG and Defendants KATHRYN FALK and ROMANTIC TIMES INC. d/b/a ROMANTIC TIMES MAGAZINE hereby tender to

the Court this Stipulation and Order for One-Day Extension of Deadline for Opposition to Motion. In this connection, Plaintiffs and Defendants (each a "Party" and collectively the "Parties") hereby stipulate and agree as follows:

Regarding Defendants' Motion for Sanctions Under Rule 37 to Dismiss All Claims for Medical and Psychological Damages Due to Failure to Produce Medical and Psychological Records (filed June 21, 2018) [Doc. 73], Plaintiffs' deadline to file an opposition is currently *7/5/2018*, which is the day after Independence Day, the Fourth of July. Defense counsel needs an additional day to prepare the opposition. Accordingly, the Parties hereby stipulate to a one-day extension of the deadline to *7/6/2018*.

IT IS SO STIPULATED.

Dated: *July 5, 2018*                                            *July 5, 2018*

| | |
|---|---|
| **FRIZELL LAW FIRM**<br>400 N. Stephanie St., Suite 265<br>Henderson, Nevada 89014 | **PERRY & WESTBROOK**<br>1701 W. Charleston Blvd., Ste. 200<br>Las Vegas, NV 89102 |
| By: */s/ R. Duane Frizell*<br>R. DUANE FRIZELL, ESQ.<br>Nevada Bar No. 9807<br>*Attorney for Plaintiffs* | By: */s/ Cheryl Wilson*<br>ALAN W. WESTBROOK, ESQ.<br>Nevada Bar No. 6167<br>CHERYL WILSON, ESQ.<br>Nevada Bar No. 8312<br>*Attorneys for Defendants Kathryn Falk and Romantic Times Inc.* |

### **ORDER**

Having reviewed the foregoing Stipulation of the Parties, and finding good, just, and sufficient cause therefor, it is hereby entered as an Order of the Court.

IT IS SO ORDERED.

DATED: 7/6/2018                           _____
                                                          UNITED STATES MAGISTRATE JUDGE
                                                          CASE NO.: 2:16-cv-02268-MMD-GWF