ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 6167
CHERYL WILSON, ESQ.
Nevada Bar No. 8312
PERRY & WESTBROOK
A Professional Corporation
1701 W. Charleston Blvd., Suite 200
Las Vegas, Nevada 89102
Telephone: (702) 870-2400
Facsimile: (702) 870-8220
E-Mail: awestbrook@perrywestbrook.com
Attorneys for Defendants
KATHRYN FALK and
ROMANTIC TIMES, INC.,
d/b/a ROMANTIC TIMES MAGAZINE

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RANDI ALEXANDER, an Individual, and JACKSON YOUNG, an Individual,

Plaintiffs,

vs.

KATHRYN FALK, an Individual; ROMANTIC TIMES, INC., d/b/a ROMANTIC TIMES MAGAZINE, a New York Corporation; JANE DOE a/k/a "GRACIE WILSON", an Individual; DOE DEFENDANTS 1 through 100; and ROE ENTITIES, 1 through 100,

Defendants.

CASE NO.: 2:16-CV-02268-MMD-GWF

### JOINT MOTION TO AMEND JULY 19, 2018 ORDER (ECF No. 89) TO EXTEND DEADLINE TO MEET AND CONFER AND FILE A PROPOSED SCHEDULING ORDER REGARDING EXPERT WITNESS DISCLOSURE FROM JULY 27, 2018 TO AUGUST 1, 2018

COME NOW the parties, by and through their respective counsel, and pursuant to Federal Rule of Civil Procedure 60(b)(f) hereby move the Court to extend the deadline established by the Court for the parties to meet and confer and file a proposed scheduling order regarding expert witness disclosures in its July 19, 2018 Order (ECF No. 89) for three business days from July 27, 2018 to August 1, 2018 due to the unexpected and emergency medical condition of counsel for defendants from July 20, 2018 to July 30, 2018.

This motion is supported by the memorandum of points and authorities below and the declaration Cheryl Wilson, Esq., attached hereto.

## I. STATEMENT OF FACTS

On July 19, 2018, the Court issued its Order subsequent to a hearing of the same date as a result of the Motion filed by the Defendants on June 21, 2018. (ECF No. 89). The Order provided, in pertinent part, that the parties meet and confer and file a proposed scheduling order regarding expert witness disclosures no later than July 27, 2018.

On July 20, 2018, counsel for the Defendants was stricken suddenly ill, hospitalized and caused to be absent from the office until July 30, 2018. As a result, the parties were unable to comply with the Court's Order as the defense counsel who was ill was the counsel most knowledgeable about those specific issues and unable to communicate. (See attached Declaration of Cheryl Wilson, Esq.).

On July 30, 2018, upon return to office, counsel for the Defendants immediately communicated with counsel for the Plaintiffs and asked and was granted permission to

file a joint motion for a three day extension of the July 27, 2018 deadline to Wednesday, August 1, 2018.

## II. LEGAL ARGUMENT

Federal Rule of Civil Procedure 60 (f) provides, in pertinent part:

Rule 60. Relief from a Judgment or Order
\*\*\*
(b) Grounds for Relief from a Final Judgment, Order, or Proceeding. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:
\*\*\*
(6) any other reason that justifies relief.
(c) Timing and Effect of the Motion.
(1) Timing. A motion under Rule 60(b) must be made within a reasonable time and for reasons (1), (2), and (3) no more than a year after the entry of the judgment or order or the date of the proceeding.

In this matter, the parties are seeking a three day extension to fulfill the obligations imposed by Order of the Court but delayed due to the unexpected illness of counsel. If the relief is granted, Counsel have committed to work diligently and shall comply with the August 1, 2018 deadline to file their stipulated expert disclosure deadline.

The extension will not impair any of the other dates imposed by the Court in the July 19, 2018 Order. (ECF No. 89).

/////

/////

/////

/////

/////

### III. CONCLUSION

For the foregoing reasons, the parties jointly move to amend the Court's July 19, 2018 Order to extend the deadline for the parties to meet and confer and file a proposed scheduling order regarding expert witnesses from July 27, 2018 to August 1, 2018.

DATED this 30th day of July, 2018.

PERRY & WESTBROOK
A Professional Corporation

/s/ *Cheryl H. Wilson*

―――――――――――――――――――
ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 6167
CHERYL H. WILSON, ESQ.
Nevada Bar No. 8312
1701 W. Charleston Blvd. #200
Las Vegas, Nevada   89102
Telephone:  (702) 870-2400
Facsimile:   (702) 870-8220
E-Mail:  awestbrook@perrywestbrook.com
Attorneys for Defendants

DATED this 30th day of July, 2018.

/s/ *R. Duane Frizell*

―――――――――――――――――――
FRIZELL LAW FIRM
R. DUANE FRIZELL, ESQ.
Nevada Bar No. 9807
400 N. Stephanie St., Suite 265
Henderson, NV 89014
Telephone:   (702) 657-6000
Facsimile:   (702) 657-0065
Email:        Dfrizell@FrizellLaw.com
and

COLE LAW GROUP, P.C.
TODD G. COLE, ESQ.
Admitted *Pro Hac Vice*
750 Old Hickory Blvd.
Building Two, Suite 202
Brentwood, TN 37027
Telephone: (615) 490-6020
Facsimile: (615) 942-5914
Email: tcole@colelawgrouppc.com
Attorneys for Plaintiffs

## DECLARATION OF CHERYL WILSON, ESQ.

CHERYL WILSON, UNDER PENALTIES OF PERJURY DECLARES AS FOLLOWS:

1. The undersigned, CHERYL WILSON, is an attorney licensed in the State of Nevada and associate of PERRY & WESTBROOK which is counsel for the Defendants, KATHRYN FALK and ROMANTIC TIMES, INC., in the subject action.

2. On July 19, 2018, I appeared on behalf of the Defendants and argued the Motion which is the subject of the Court's Order (ECF No. 89) issued the same day.

3. On July 20, 2018, in the early morning hours, I was stricken ill and caused to be hospitalized on that date for successive days due to a medical emergency and finally cleared to return to employment on Monday, July 30, 2018.

4. Due to the unexpected and emergency nature of my absence, I was unable to prepare any other attorneys in the office to meet with plaintiffs' counsel and otherwise unable to meet and confer with plaintiffs' counsel to comply with the Court's July 19, 2018 Order.

/////

/////

/////

5. I returned to the office on July 30, 218 and have resumed all responsibilities.

I declare under the laws of the State of Nevada that the foregoing is true and correct.

Dated this _____ day of July, 2018.

/s/ Cheryl H. Wilson
_____
CHERYL H. WILSON

IT IS SO ORDERED this  31st  day of July, 2018.

_____
UNITED STATES MAGISTRATE JUDGE