ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 6167
PERRY & WESTBROOK
A Professional Corporation
1701 W. Charleston Blvd. #200
Las Vegas, Nevada 89102
Telephone: (702) 870-2400
Facsimile: (702) 870-8220
E-Mail: awestbrook@perrywestbrook.com
Attorneys for Defendants
KATHRYN FALK and
ROMANTIC TIMES, INC.,
d/b/a ROMANTIC TIMES MAGAZINE

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RANDI ALEXANDER, an Individual, and JACKSON YOUNG, an Individual, <br><br> Plaintiffs, <br><br> vs. <br><br> KATHRYN FALK, an Individual; ROMANTIC TIMES, INC., d/b/a ROMANTIC TIMES MAGAZINE, a New York Corporation; JANE DOE a/k/a "GRACIE WILSON", an Individual; DOE DEFENDANTS 1 through 100; and ROE ENTITIES, 1 through 100, <br><br> Defendants. | CASE NO.: 2:16-CV-02268-MMD-GWF |

### PROPOSED SCHEDULING ORDER FOR EXPERT WITNESS DISCLOSURES PURSUANT TO COURT'S ORDER (ECF 89)

Come now the parties and pursuant to the July 19, 2018 Order of the Court (ECF No. 89) state that counsel for the parties met and conferred on July 31, 2018 and agreed as follows:

1. That the deadline to disclose initial expert reports was July 5, 2018.

2. That the deadline to disclose rebuttal expert reports is August 6, 2018.

3. That the deadline to complete discovery is September 5, 2018.

4. Plaintiff, JACKSON YOUNG, has disclosed and/or shall disclose any other medical and/or mental health records no later than September 5, 2015.

5. Defendants shall have until October 5, 2018 to disclose experts regarding the medical and/or mental health treatments of Plaintiff, JACKSON YOUNG.

DATED this 1st day of August, 2018.

PERRY & WESTBROOK
A Professional Corporation

/s/ Cheryl H. Wilson

ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 6167
CHERYL H. WILSON, ESQ.
Nevada Bar No. 8312
1701 W. Charleston Blvd., Suite 200
Las Vegas, Nevada  89102
Telephone: (702) 870-2400
Facsimile:  (702) 870-8220
E-Mail: awestbrook@perrywestbrook.com
Attorneys for Defendants

DATED this 1st day of August, 2018.

FRIZELL LAW FIRM

/s/ R. Duane Frizell

R. DUANE FRIZELL, ESQ.
Nevada Bar No. 9807
400 N. Stephanie St., Suite 265
Henderson, Nevada 89014
Telephone: (702) 657-6000
Facsimile:  (702) 657-0065
E-Mail: Dfrizell@FrizellLaw.com

and

        COLE LAW GROUP, P.C.
        TODD G. COLE, ESQ.
        Admitted *Pro Hac Vice*
        750 Old Hickory Blvd.
        Building Two, Suite 202
        Brentwood, TN 37027
        Telephone: (615) 490-6020
        Facsimile: (615) 942-5914
        Email: tcole@colelawgrouppc.com
        Attorneys for Plaintiffs

IT IS SO ORDERED this 2nd day of August, 2018.

*/s/ George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE