UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RANDI ALEXANDER, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br>v.<br>KATHRYN FALK, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 2:16-cv-02268-MMD-GWF<br><br>**ORDER** |

　　　This matter is before the Court on Defendants' Motion for Leave to Appear Telephonically at Settlement Conference (ECF No. 95), filed on September 2, 2018.

　　　Defendant Kathryn Falk requests permission to appear telephonically for the settlement conference set for September 12, 2018. On July 6, 2018, the Court issued its order scheduling the settlement conference which provides that a request for an exception to the attendance requirements must be filed and served no later than at least 14 days prior to the settlement conference. *See* ECF No. 80. Defendant failed to timely file her request to be exempt from appearing in person for the settlement conference. The Court, therefore, denies her request to appear telephonically. Accordingly,

　　　**IT IS HEREBY ORDERED** that Defendants' Motion for Leave to Appear Telephonically at Settlement Conference (ECF No. 95) is **denied**.

　　　DATED this 4th day of September, 2018.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1